# Tab B

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>2485CV01515D | Massachusetts Trial Court<br>Superior Court |
|---|---|---|
| | | COUNTY: Worcester Superior Court (Worcester) |

| Plaintiff | Fabriciana M. De Soriano | Defendant: | The Fay School, Inc. |
|---|---|---|---|
| ADDRESS: | 769 Arnow Avenue, Bronx, NY 10467 | ADDRESS: | 48 Main Street, Southborough, MA 01772 |

| Plaintiff Attorney: | Alexander T. Asermely, Esq. | Defendant Attorney: | |
|---|---|---|---|
| ADDRESS: | Rubenstein Law | ADDRESS: | |
| 3 Allied Drive, Suite 108, Dedham, MA 02026 | | | |
| BBO: | 681786 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence - Personal Injury | F | ☒ YES ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES  ☒ NO

Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

2%

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

### TORT CLAIMS

A. Documented medical expenses to date
   1. Total hospital expenses
   2. Total doctor expenses                                        $5,000.00
   3. Total chiropractic expenses
   4. Total physical therapy expenses
   5. Total other expenses (describe below)

                                                   Subtotal (1-5):  $5,000.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses    $50,000.00
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

                                                     TOTAL (A-F):  $55,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

Negligent Supervision/Conduct causing and contributing to sexual assault(s) resulting in physical, emotional, and mental damages; PTSD

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X  /s/ Alexander T. Asermely      Date: December 16, 2024

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X  /s/ Alexander T. Asermely      Date: December 16, 2024