Tab C

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 2485-CV-01515D

```
                                    )
FABRICIANA M. DE SORIANO            )
       Plaintiff,                   )
                                    )
                                    )
v.                                  )
                                    )
THE FAY SCHOOL, INC.                )
       Defendant.                   )
                                    )
```

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, The Fay School, Inc. hereby notify the Court that a Notice of Removal of the

above-captioned matter was filed in the United States District Court for the District of

Massachusetts on February 5, 2025. A copy of the Notice of Removal, without exhibits, is

attached hereto at Tab 1.

Respectfully submitted,

THE FAY SCHOOL, INC.

By its attorneys,

Anthony L. DeProspo, Jr. (BBO #644668)
Schwartz Hannum PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900
(978) 623-0908
adeprospo@shpclaw.com

February 5, 2025

1

CERTIFICATE OF SERVICE

I, Anthony L. DeProspo, Jr., hereby certify that on the 5th day of February 2025, I caused a true and correct copy of the foregoing document to be served via Electronic Mail to counsel for the Plaintiff:

Alexander T. Asermely, Esq.
Rubenstein Law
3 Allied Drive, Suite 108
Dedham, MA 02026
aasermely@rubensteinlaw.com

_____
Anthony L. DeProspo, Jr.